# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | NO. 21-CR-163(JDB) |
| | : | |
| **OLATUNJI DAWODU,** | : | |
| and **ALEX OGANDO,** | : | |
| | : | |
| **Defendant.** | : | |

## CONSENT MOTION TO CONTINUE DECEMBER 2, 2021, STATUS HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves to continue the December 2, 2021, Status Hearing, as the parties are in ongoing plea negotiations in an effort to resolve this case short of trial. Defendant Luis Spencer has filed a similar motion in the related case (Case No. 21-cr-145(JDB)).

The government has contacted defense counsel for Defendants Dawodu and Ogando who are in agreement that a brief continuance would benefit the parties. The defendants agree that any time from the current hearing date of December 2, 2021, through the next scheduled status hearing (approximately two weeks out) would be excluded from the Speedy Trial Act as a brief continuance is in the interests of the parties and the interests of justice. The parties are happy to provide available dates to the Court for the continued status hearing.

WHEREFORE the parties jointly request that this honorable court grant the instant unopposed joint motion, and reset the status check now set for December 2, 2021, for a new date in two weeks, and further, order that the time between the December 2, 2021 date, and the new date be excluded under the Speedy Trial Act.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

        D.C. Bar No. 481052

        *s/ Laura Crane*
        LAURA CRANE
        D.C. Bar No. 992454
        Assistant United States Attorney
        555 4th St. NW
        Washington, D.C. 20001
        (202)252-7667 (Office - Crane)