UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | NO. 21-CR-163(JDB) |
| | : | |
| **OLATUNJI DAWODU,** | : | |
| **and ALEX OGANDO,** | : | |
| | : | |
| **Defendant.** | : | |

### CONSENT MOTION TO CONTINUE JANUARY 27, 2022, STATUS HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves to continue the January 27, 2022, Status Hearing, as the parties are in ongoing plea negotiations in an effort to resolve this case short of trial and believe that a brief continuance of approximately 30 days will allow the parties to finalize discussions and draft plea paperwork to submit to the Court in advance of the next hearing (wherein the parties anticipate a pretrial disposition of the case). A similar motion will be filed in the related case of *United States v. Spencer, et al.* (21-CR-145)(JDB).

The government has contacted defense counsel for Defendants Dawodu and Ogando who are in agreement that a brief continuance would benefit the parties. The defendants agree that any time from the current hearing date of January 27, 2022, through the next scheduled status hearing (approximately two weeks out) would be excluded from the Speedy Trial Act as a brief continuance is in the interests of the parties and the interests of justice. The parties are happy to provide available dates to the Court for the continued status hearing.

WHEREFORE the parties jointly request that this honorable court grant the instant unopposed joint motion, and reset the status check now set for January 27, 2022, for a new date in two weeks, and further, order that the time between the January 27, 2022 date, and the new

date be excluded under the Speedy Trial Act.

                                              Respectfully submitted,

                                              MATTHEW M. GRAVES
                                              United States Attorney
                                              D.C. Bar No. 481052

                                              *s/ Laura Crane*
                                              LAURA CRANE
                                              D.C. Bar No. 992454
                                              Assistant United States Attorney
                                              555 4th St. NW
                                              Washington, D.C. 20001
                                              (202)252-7667 (Office - Crane)