# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) ) ) | Criminal Case No.: _____ |
| OLATUNJI DAWODU | ) ) ) ) | 21-163 (JDB) |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____  OLATUNJI DAWODU
Defendant

_____ 8/9/22
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

**John D. Bates**  Digitally signed by John D. Bates
Date: 2022.08.16 16:24:00 -04'00'

Date: _____

**John D. Bates**

United States District Judge